## NEW *et al. vs.* NICHOLS.

1. This court will not scrutinize the record to detect errors in the first grant of a new trial.

2. Where the only muniment of title appended to an action for land in the statutory form was a paper which the Supreme Court had decided was a will (66 *Ga.,* 569), such paper was improperly

admitted in evidence without being probated, the adverse party objecting thereto ; and the court below was right in granting a new trial on this ground.

Judgment affirmed.

March 18, 1884.

JACKSON, Chief Justice.